**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

C.B. CONTRACTORS, LLC and
ADMIRAL INSURANCE COMPANY

    VS                                                                      CASE NO.  1:12cv76/MP-GRJ

INTEGRITY WALL SYSTEMS, INC., et al

**REFERRAL AND ORDER**

Referred to Chief Judge Rodgers on     May 7, 2012
Motion/Pleadings:   AGREED MOTION FOR EXTENSION OF TIME FOR LIBERTY MUTUAL INSURANCE TO RESPOND TO PLAINTIFF'S MOTION TO REMAND
Filed by  Defendant - Liberty Mutual   on    5/7/12    Doc.#    6
RESPONSES:
                                            on               Doc.#
                                            on               Doc.#

_____ Stipulated       _____ Joint Pldg.
_____ Unopposed     _X_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

s/ *Kathy Rock*

LC (1 OR 2)                                Deputy Clerk: Kathy Rock

***ORDER***

    Upon consideration of the foregoing, it is ORDERED this 10th day of May, 2012, that:

    The relief requested is GRANTED as requested.

                                          s/ *M. Casey Rodgers*
                                          *M. CASEY RODGERS*
                            *Chief United States District Judge*