IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

C.B. CONTRACTORS, LLC, and
ADMIRAL INSURANCE COMPANY,

    Plaintiffs,

v.                                      CASE NO. 1:12cv76-MP-GRJ

INTEGRITY WALL SYSTEMS, INC.,
FLORIDA STATE PLASTERING, INC.,
and LIBERTY MUTUAL INSURANCE
COMPANY,

    Defendants.

_____/

## O R D E R

    This matter is before the court Defendant Liberty Mutual Insurance Company's Agreed Motion for Extension of Time to Respond to Plaintiffs' Motion to Remand. (Doc. 8). Upon consideration, the motion is GRANTED and defendant shall have until June 1, 2012, to respond to the Motion to Remand.

    **DONE and ORDERED** this 17th day of May, 2012.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**