IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


C.B. CONTRACTORS, LLC and
ADMIRAL INSURANCE COMPANY,

    Plaintiffs,

v.                                      CASE NO. 1:12cv76-MP-GRJ

INTEGRITY WALL SYSTEMS, INC., et al.,
    Defendants.

_____/

**O R D E R**

    This matter is before the court on the parties' Final Agreed Motion for Extension of Time for Liberty Mutual Insurance Company to Respond to Plaintiffs' Motion to Remand. (Doc. 10).   Upon consideration, the motion is GRANTED, and defendant shall have until June 15, 2012, to respond to the Motion to Remand.

    **DONE and ORDERED** this 1st day of June, 2012.


                          *s/ M. Casey Rodgers*
                          **M. CASEY RODGERS**
                          **CHIEF UNITED STATES DISTRICT JUDGE**