**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

ADMIRAL INSURANCE COMPANY, C B CONTRACTORS LLC,

      Plaintiffs,

v.                                   CASE NO. 1:12-cv-00076-MP-GRJ

FLORIDA STATE PLASTERING INC, INTEGRITY WALL SYSTEMS INC, LIBERTY
MUTUAL INSURANCE COMPANY,

      Defendants.

_____/

**O R D E R**

      This matter is before the Court on Doc. 36, Motion for Extension of Time to File

Pleading Addressing Diversity Jurisdiction, filed by Plaintiffs.  The defendants do not object to

the extension of time.  Upon consideration, it is hereby

      **ORDERED AND ADJUDGED**:

      The motion to extend time, Doc. 36, is granted, and plaintiffs shall have until November

30, 2012, to file the pleading required by the order at Doc. 32.

      **DONE AND ORDERED** this *30th* day of October, 2012

                     *s/Maurice M. Paul*
                     Maurice M. Paul, Senior District Judge